IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVEN BROWN**    **PLAINTIFF**
**#774970**

v.    Case No. 3:22-cv-00170-KGB

**MARCUS, State Police**
**Officer**    **DEFENDANT**

## ORDER

Plaintiff Steven Brown, an inmate at the Jackson County Detention Center, filed a *pro se* complaint on July 7, 2022 (Dkt. No. 1). Mr. Brown did not pay the requisite filing fee or move to proceed *in forma pauperis*. On July 18, 2022, the Court directed Mr. Brown either to pay the $402 filing fee or file a completed application to proceed *in forma pauperis* by August 18, 2022 (Dkt. No. 5). In its Order, the Court advised Mr. Brown that, if he failed to pay the filing fee or file an application to proceed *in forma pauperis*, the case may be dismissed without prejudice (Dkt. No. 5). Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). The Court mailed a copy of the Order to Mr. Brown at his address of record along with an application to proceed *in forma pauperis* (Dkt. No. 5). Mr. Brown's mail has been returned as undeliverable, and he has not provided an updated address to the Court (Dkt. Nos. 7, 8).

As of the date of this Order, Mr. Brown has not complied with the Court's Order of July 18, 2022, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 25th day of January, 2023.

                                                      Kristine G. Baker
                                                     United States District Judge